# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,                    NO.   2022 CW 0958
LP, CROSSTEX LIG, LLC, AND
CROSSTEX PROCESSING
SERVICES, LLC

VERSUS

TEXAS BRINE COMPANY, LLC, ET                 **OCTOBER 11, 2022**
AL

---

In Re:     Texas Brine Company, LLC, applying for supervisory
           writs, 23rd Judicial District Court, Parish of
           Assumption, No. 34202.

---

**BEFORE:    GUIDRY, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** In its writ application, relator, Texas Brine Company, LLC, failed to include the correct signed judgment, Legacy Vulcan, LLC's complete Motion for Partial Summary Judgment, including the memorandum and all attached documents, and a signed Return Date Order, violations of Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(6), (8), and (11), respectively.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeals, Rules 2-18.7 and 4-9.

Any future filing on the issue presented in this writ application should include the entire contents of this application, the missing items as noted above, and all documentation to support the writ application's timeliness. Further, in the event relator elects to file a new application with this court, the application shall be filed on or before October 26, 2022 and must contain of copy of this court's ruling.

**JMG**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*asnl*

---
DEPUTY CLERK OF COURT
        FOR THE COURT